# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

AMAR SAFADI,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

CASE NO. 2:18-cv-01375-RAJ

**MINUTE ORDER**

The following minute order is made at the direction of the Court, the Honorable Brian A. Tsuchida, United States Magistrate Judge.

Plaintiff's application to proceed *in forma pauperis* (IFP) (Dkt. 1) is deficient. He indicates a net monthly salary of $3,000.00 and some $12,000.00 a year in benefits. He indicates monthly expenses of $850.00 in child support and otherwise states only that he is presently homeless. He also states he is "working full time for free as an advocate" in this proposed class action matter. *Id.*

Plaintiff must submit a revised IFP application by **October 15, 2018**. Plaintiff must provide complete and detailed financial information, including clarification as to his current monthly income, any benefits or other sources of money, and a detailed description of monthly expenses. He must explain how he is able to meet his basic monthly expenses, including food, shelter, and child support.

MINUTE ORDER - 1

Failure to comply may result in denial of IFP and/or dismissal.

**DATED** this 24th day of September, 2018.

WILLIAM M. MCCOOL  
Clerk of Court

s/Agalelei Elkington  
Deputy Clerk

MINUTE ORDER - 2